UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SERGIO CALDERON LARA, JESUS
MISARAY, BERNARDO SEGURA LARA,
and JORGE GRANADOS, *individually and on
behalf of others similarly situated,*

      *Plaintiffs,*

    -against-

KNOLLWOOD ROAD DELICATESSEN
INC. (D/B/A KNOLLWOOD GOURMET
DELI), JOHN DOE CORP. (D/B/A G & J
DELI), GERARD FLETCHER , TIMOTHY
FLETCHER, GAMEL C SALEH (A.K.A.
MOE) , and KARMEN DOE,

      *Defendants.*
-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

19-cv-09996

STATE OF NEW YORK )
       ) SS.:
COUNTY OF NEW YORK )

  Federico Frias, being duly sworn, deposes and says:

  Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

  On March 2nd, 2020 I mailed copies of Judge Nathan's Order (Dkt. No. 20), to Defendants Knollwood Road Delicatessen Inc. (d/b/a Knollwood Gourmet Deli), John Doe Corp. (d/b/a G&J Deli), Timothy Fletcher, Gamel C. Saleh (a/k/a Moe), and Karmen Doe, by First Class Mail, through the United States Postal Service to:

Knollwood Road Delicatessen Inc.
(c/o) Knollwood Gourmet Deli
1155 Knollwood Rd
White Plains, NY 10603-1032

John Doe Corp.
(c/o) Two Brothers Deli Grocery
(f/k/a) G&J Deli Grocery
2739 White Plains Rd
Bronx, NY 10467

Timothy Fletcher
(c/o) Knollwood Gourmet Deli
1155 Knollwood Rd
White Plains, NY 10603-1032

Gamel C. Saleh (a/k/a Moe)
(c/o) Knollwood Gourmet Deli
1155 Knollwood Rd
White Plains, NY 10603-1032

Karmen Doe
(c/o) Knollwood Gourmet Deli
1155 Knollwood Rd
White Plains, NY 10603-1032

_____
Federico Frias

Sworn to before me on this
2nd Day of May 2020.
             rch

_____
Notary Public

JOSHUA S. ANDROPHY
Notary Public, State of New York
No. 02AN6166515
Qualified in New York County
Commission Expires ~~August 17, 2015~~
Jan. 8, 2024