UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SERGIO CALDERON LARA, JESUS MISARAY
BERNARDO SEGURA LARA, and JORGE
GRANADOS, *individually and on behalf of others
similarly situated*,

                              *Plaintiff*,

          -against-

KNOLLWOOD ROAD DELICATESSEN INC.
(D/B/A KNOLLWOOD GOURMET DELI), JOHN
DOE CORP. (D/B/A G&J DELI), GERARD
FLETCHER, GAMEL C SALEH (A.K.A. MOE), and
KARMEN DOE,

                             *Defendants.*
------------------------------------------------------------------X

Case No.: 19-cv-09996 (AJN)

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Pastor Nestor Victor, by and through his attorneys, Michael Faillace & Associates, P.C., hereby gives notice that in the above-captioned action Defendant Gerard Fletcher is voluntarily dismissed without prejudice.

Dated: New York, New York
       March 6, 2020

MICHAEL FAILLACE & ASSOCIATES, P.C.

                    /s/Clela Errington
By:    Clela Errington
        60 East 42nd Street, Suite 4510
        New York, New York 10165
        (212) 317-1200
        *Attorneys for Plaintiff*