UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SERGIO CALDERON LARA, JESUS MISARAY
BERNARDO SEGURA LARA, and JORGE
GRANADOS, *individually and on behalf of others similarly situated,*

                   *Plaintiff*,

     -against-

KNOLLWOOD ROAD DELICATESSEN INC.
(D/B/A KNOLLWOOD GOURMET DELI), JOHN
DOE CORP. (D/B/A G&J DELI), GERARD
FLETCHER, GAMEL C SALEH (A.K.A. MOE), and
KARMEN DOE,

                   *Defendants.*
------------------------------------------------------------------X

Case No.: 19-cv-09996
(AJN)

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Sergio Calderon Lara, Jesus Misaray, Bernardo Segura Lara, and Jorge Granados, by and through their attorneys, Michael Faillace & Associates, P.C., hereby give notice that in the above-captioned action Defendant Gerard Fletcher is voluntarily dismissed without prejudice.

Dated: New York, New York
      March 6, 2020         MICHAEL FAILLACE & ASSOCIATES, P.C.

                                                             /s/Clela Errington
                                       By:    Clela Errington
                                               60 East 42nd Street, Suite 4510
                                               New York, New York 10165
                                               (212) 317-1200
                                               *Attorneys for Plaintiff*