USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 0 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SERGIO CALDERON LARA, JESUS MISARAY
BERNARDO SEGURA LARA, and JORGE
GRANADOS, *individually and on behalf of others
similarly situated*,

                             *Plaintiff*,

                    -against-

KNOLLWOOD ROAD DELICATESSEN INC.
(D/B/A KNOLLWOOD GOURMET DELI), JOHN
DOE CORP. (D/B/A G&J DELI), GERARD
FLETCHER, GAMEL C SALEH (A.K.A. MOE), and
KARMEN DOE,

                             *Defendants*.
-----------------------------------------------------------------X

Case No.: 19-cv-09996 (AJN)
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Sergio Calderon Lara, Jesus Misaray, Bernardo Segura Lara, and Jorge Granados, by and through their attorneys, Michael Faillace & Associates, P.C., hereby give notice that in the above-captioned action Defendant Gerard Fletcher is voluntarily dismissed without prejudice.

SO ORDERED

Dated: New York, New York
        March 6, 2020

MICHAEL FAILLACE & ASSOCIATES, P.C.

SO ORDERED:
_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
3/6/20

                    /s/Clela Errington
By:   Clela Errington
      60 East 42nd Street, Suite 4510
      New York, New York 10165
      (212) 317-1200
      *Attorneys for Plaintiff*