UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Sergio Calderon Lara, *et al.*,

    Plaintiffs,

—v—

Knollwood Road Delicatessen Inc., *et al.*,

    Defendants.

---

19-cv-9996 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the Certificates of Default entered against Defendants, *see* Dkt. Nos. 36-39, the initial pre-trial conference currently scheduled for March 27, 2020 is hereby adjourned *sine die*.

SO ORDERED.

Dated: March 16, 2020
      New York, New York

                                   ALISON J. NATHAN
                                United States District Judge