USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sergio Calderon Lara, *et al.*,

Plaintiffs,

–v–

Knollwood Road Delicatessen Inc., *et al.*,

Defendants.

19-cv-9996 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On March 13, 2020, Plaintiffs received certificates of default against all remaining defendants in this case.  Within three weeks of this order, Plaintiffs shall move for default judgment against the remaining defendants or file a status update with the Court explaining why a motion for default judgment against these Defendants should not be filed at this time. Plaintiffs are on notice that failure to do so by this date may result in their claims being dismissed with prejudice for failure to prosecute.  *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute").

Additionally, Plaintiffs must serve this order on all Defendants and file affidavits of service on ECF by June 17, 2020.

SO ORDERED.

Dated: June 10, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1