```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sergio Calderon Lara, *et al.*,

        Plaintiffs,

–v–

Knollwood Road Delicatessen Inc., *et al.*,

        Defendants.

19-cv-9996 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiffs shall file an affidavit of service for all defendants who have not yet been served in this action no later than October 23, 2020.

    SO ORDERED.

Dated: October 6, 2020
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge