Attorney:
MICHAEL FAILLACE
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165



UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK
SERGIO CALDERON LARA, ET AL
    Plaintiff

KNOLLWOOD ROAD DELICATESSEN INC. D/B/A KNOLLWOOD GOURMET DELI, ET AL
    Defendant

Index / case #: 1:19-CV-09996-AJN

## AFFIDAVIT OF SERVICE

_Bronx_ County, State of: _New York_ _Paul C. Vinelli_ being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _New York_

On _09/12/20_ at _11:20_ (am)/pm at: 1155 KNOLLWOOD ROAD WHITE PLAINS NY 10603

Deponent served the within: SUMMONS & COMPLAINT

On which were set forth the Index No., herein, and date of filing

On: MOAEEN TAREB C/O KNOLLWOOD ROAD DELICATESSEN INC. D/B/A KNOLLWOOD GOURMET DELI
(herein after called the recipient) therein named.

[ ] Individual — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[X] Suitable Age person — By delivering thereat a true copy of each to: _Jamal Mohamed_ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [X] Actual Place of Business within the State.

[ ] Affixing to Door — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there ___

[ ] Corporation or Partnership — By delivering thereat a true copy of each to: ___ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be ___ thereof.

[X] Mailing _USPS First Class_ — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [X] Actual Place of Business at _1155 Knollwood Road White Plains NY 10603_ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] Description
- [X] Male [ ] Female
- [X] White skin [ ] Black skin [ ] Yellow skin [ ] Brown skin [ ] Red skin
- [X] Black hair [ ] Brown hair [ ] Gray hair [ ] Blonde hair [ ] Red hair
- [ ] 14-20 Yrs [X] 21-35 Yrs [ ] 36-50 Yrs [ ] 51-65 Yrs [ ] Over 65 Yrs
- [ ] Under 5' [ ] 5'0"-5'3" [X] 5'4"-5'8" [ ] 5'9"-6'0" [ ] Over 6'
- [ ] Under 100 Lbs [ ] 100-130 Lbs [ ] 131-160 Lbs [X] 161-200 Lbs [ ] Over 200 Lbs

Other Identifying Features _Beard_

[X] Military Service — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of ___

Sworn to before me on _9/14/2020_ _Dorothy Senzer_

_Paul C. Vinelli_
(Print name below signature)

Paul C. Vinelli
Process Server
Dt/No: _09/14/2020_

DOROTHY SENZER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 03-4648462
Qualified in Bronx County
Commission Expires April 30, 2023

File No. 1:19-CV-09996-AJN

Work Order No. 511812

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| SERGIO CALDERON LARA et al<br><br>*Plaintiff(s)*<br>v.<br>KNOLLWOOD ROAD DELICATESSEN INC. et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 19-CV-09996 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Moaeen Tareb
c/o Knollwood Gourmet Deli
1155 Knollwood Road
White Plains, NY 10603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/18/2020

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*

