UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2020
```

Sergio Calderon Lara, *et al.*,

        Plaintiffs,

–v–

Knollwood Road Delicatessen Inc., *et al.*,

        Defendants.

19-cv-9996 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On March 13, 2020, the Plaintiffs received certificates of default against Defendants Knollwood Road Delicatessen Inc., Gamel C. Saleh, and Karmen Doe. The Court ordered the Plaintiffs to promptly file a motion for default judgment. The Plaintiffs then sought leave to file an amended complaint naming two new defendants, Knollwood Deli, Inc., and Moaeen Tareb, and the Court granted the request. The Plaintiffs filed their First Amended Complaint on July 27, 2020, and the Court ordered the Plaintiffs to effect service on the new defendants and file an affidavit of service by October 23, 2020. The Plaintiffs filed an affidavit of service for Defendant Maoeen Tareb, but have not filed an affidavit of service for Defendant Knollwood Deli, Inc.

    The Plaintiffs are hereby ORDERED to file an affidavit of service for Defendant Knollwood Deli, Inc., by October 30, 2020. If the Plaintiffs fail to do so, the Court will dismiss the action against Knollwood Deli, Inc., for failure to prosecute.

    The Plaintiffs are further ORDERED to move for default judgment against all defendants who have not appeared or defended the action by November 27, 2020. If the Plaintiffs fail to do so, the Court will dismiss the action against any such defendant for failure to prosecute.

The Plaintiffs shall serve a copy of this Order on the Defendants and file an affidavit of service by November 6, 2020.

SO ORDERED.

Dated: October 26, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge