## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK | Purchased/Filed: August 18, 2020<br>Index # 1:19-cv-09996-AJN |

*Sergio Calderon Lara., et al* — Plaintiff

against

*Knollwood Road Delicatessen, Inc., et al* — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

__James Perone__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __September 14, 2020__, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint Collective Action Under 29 U.S.C. §216(b), and Demand Letter on __Knollwood Road Delicatessen Inc. a/k/a Knollwood Deli, Inc.__, the Defendant in this action, by delivering to and leaving with __Sue Zouky__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__  Approx. Wt: __125lbs__  Approx. Ht: __5'1__
Color of skin: __White__  Hair color: __Red/Blonde__  Sex: __Female__  Other: _____

Sworn to before me on this

__28th__ day of October 2020

_HM_
HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2024

_James Perone_
James Perone
**Attny's File No.**
Invoice•Work Order # S1845743

**SERVICO, INC.. P.O. BOX 871. ALBANY. NY 12201**