**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
SERGIO CALDERON LARA, JESUS
MISARAY, BERNARDO SEGURA LARA,
and JORGE GRANADOS,
*individually and on behalf of others similarly*
*situated,*

                                    **Case: 19-cv-9996-AJN**

                  *Plaintiff,*

                                    **CERTIFICATE OF DEFAULT**

        -against-

KNOLLWOOD ROAD DELICATESSEN
INC.  (D/B/A KNOLLWOOD GOURMET
DELI), KNOLLWOOD DELI, INC. (D/B/A
KNOLLWOOD GOURMET DELI),
GAMEL C SALEH (A.K.A. MOE) ,
KARMEN DOE , and MOAEEN TAREB,


--------------------------------------------------------X

        I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District

of New York, do hereby certify that this action was commenced on October 29, 2019 with the

filing of a summons and complaint; a copy of the summons and First Amended Complaint was

served, pursuant to Fed. R. Civ. P. 4(h)(1)(B), on Knollwood Deli Inc., on September 14, 2020 by

personally serving Sue Zouky, an authorized agent in the office of the Secretary of New York

pursuant to N.Y. C.P.L.R. § 311(a)(1) and N.Y. B.C.L. § 306(b)(1); and proof of such service on

the said Defendant was filed on October 29, 2020. (Dkt. No. 59)

        I further certify that the docket entries indicate that the above named Defendant has not

filed an answer or otherwise moved with respect to the complaint herein. The default of the

Defendant Knollwood Road Delicatessen, Inc. is hereby noted.

Dated:  New York, New York
        November _____, 2020

                                              **RUBY J. KRAJICK**
                                              Clerk of the Court


                                              By:_____
                                              Deputy Clerk