**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
SERGIO CALDERON LARA, JESUS MISARAY, BERNARDO SEGURA LARA, and JORGE GRANADOS,
*individually and on behalf of others similarly situated,*

                      *Plaintiff,*

    -against-

KNOLLWOOD ROAD DELICATESSEN INC. (D/B/A KNOLLWOOD GOURMET DELI), KNOLLWOOD DELI, INC. (D/B/A KNOLLWOOD GOURMET DELI), GAMEL C SALEH (A.K.A. MOE), KARMEN DOE, and MOAEEN TAREB,

--------------------------------------------------------X

**Case: 19-cv-9996-AJN**

**CERTIFICATE OF DEFAULT**

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 29, 2019 with the filing of a summons and complaint. (Dkt. No. 1). The First Amended Complaint was filed on July 27, 2020. (Dkt. No. 49). Defendant Moaeen Tareb was served with a copy of the First Amended Complaint and summons, pursuant to Fed. R. Civ. P. 4(e)(1), on September 12, 2020 by personally serving Jamal Mohamed, a person of suitable age and discretion at the Defendant Moaeen Tareb's actual place of business within the State, and depositing true copies of the same in a post office or official depository under exclusive care and custody of the U.S. Postal Service within New York State by regular first class mail; and proof of such service on the said Defendant was filed on October 7, 2020. (Dkt. No. 57)

I further certify that the docket entries indicate that the above named Defendant has not filed an answer or otherwise moved with respect to the First Amended Complaint herein. The default of the Defendant Moaeen Tareb is hereby noted.

Dated: New York, New York
       November _____, 2020

**RUBY J. KRAJICK**
Clerk of the Court

By:_____
Deputy Clerk