UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14; 14243

Sergio Calderon Lara, *et al.*,

        Plaintiffs,

—v—

Knollwood Road Delicatessen Inc., *et al.*,

        Defendants.

19-cv-9996 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court will hold an initial pretrial conference in this matter on September 3, 2021, at 3:15 p.m.  The parties shall submit their joint letter and proposed case management plan as set forth in the Court's Order of November 1, 2019 (Dkt. No. 15) at least seven days before the scheduled conference.

    SO ORDERED.

Dated: July 29, 2021
       New York, New York

                                  ALISON J. NATHAN
                               United States District Judge