UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sergio Calderon Lara et al.,

           Plaintiffs,

      –v–

Knollwood Road Delicatessen Inc. et al,

           Defendants.

19-cv-9996 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case, scheduled for September 3, 2021, at 3:15 p.m., in person.  Per the Court's notice of initial pretrial conference, Dkt. No. 91, the parties are required to submit their proposed case management plan and joint letter by August 27, 2021.  **In the joint letter, the parties should <u>advise the Court if they can do without a conference altogether</u>**.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial pretrial conference by telephone, which the parties can access by dialing (888) 363-4749 and entering access code 9196964.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

    SO ORDERED.

Dated: August 23, 2021
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/21