```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Sergio Calderon Lara et al.,

        Plaintiffs,

    –v–

Knollwood Road Delicatessen Inc. et al.,

        Defendants.

19-cv-9996 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The parties were ordered to file a joint letter containing a case management plan by August 27, 2021, in advance of the initial pretrial conference scheduled for September 3, 2021, at 3:15 p.m. Dkt. No. 92. The Court is not in receipt of a letter. The parties shall comply with the Court's order by August 31, 2021.

SO ORDERED.

Dated: August 30, 2021
      New York, New York

                                   ALISON J. NATHAN
                                   United States District Judge