UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sergio Calderon Lara et al.,

        Plaintiffs,

–v–

Knollwood Road Delicatessen Inc.,

        Defendants.

19-cv-9996 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 30, 2021, the parties jointly filed a proposed case management plan in which they indicated that they "consent . . . to conduct all further proceedings before a United States Magistrate Judge." Dkt. No. 94. In light of the additional information provided in the parties' proposed case management plan and joint letter, Dkt. No. 95, the Court orders the parties to jointly file a letter by September 1, 2021, indicating whether they consent to all further proceedings, including trial, to be conducted by a magistrate judge.

SO ORDERED.

Dated: August 31, 2021
      New York, New York

                                          ALISON J. NATHAN
                                        United States District Judge