```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sergio Calderon Lara, et al.,

           Plaintiffs,

    –v–

Knollwood Road Delicatessen Inc., et al.,

           Defendants.

19-cv-9996 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties have indicated their consent to conduct all further proceedings before a Magistrate Judge under 28 U.S.C. § 636(c). *See* Dkt. Nos. 94, 97. The parties are therefore ordered to complete the consent form available online at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

    SO ORDERED.

Dated: September 15, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge