**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
SERGIO CALDERON LARA, et al., :
:
                Plaintiffs, :    No. 19-CV-9996 (OTW)
:
    -against- :    **<u>ORDER</u>**
:
KNOLLWOOD ROAD DELICATESSEN INC., et al., :
:
                Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Having been advised that the parties have reached a settlement, ECF 109, the parties shall jointly submit a proposed settlement agreement for approval by **January 21, 2022**. The parties shall attach to the executed settlement agreement a joint letter motion explaining why the settlement agreement is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). The letter motion should provide sufficient detail on the method used to determine the settlement amount as well as detailed billing records to support any claim for attorney's fees.

If the parties would prefer an in-person hearing on their *Cheeks* motion, the parties are directed to meet and confer on dates that counsel and all parties would be able to attend a *Cheeks* hearing on the record, and propose, by **January 14, 2022**, at least three dates and times where all parties are available during the weeks of January 18, 2022, January 31, 2022 and February 7, 2022.

**SO ORDERED.**

Dated: December 15, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge